UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LAURA BODNAR, ET. AL., ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| -VS- ) | CASE NO. 2:06-CV-087 |
| ) | |
| JOHN HANCOCK FUNDS, INC. ) | |
| BISYS GROUP, INC., INVESTORS) | |
| BANK AND TRUST CO., JOHN ) | |
| HANCOCK FUNDS, INC. GROUP ) | |
| TRUST, JOHN HANCOCK ) | |
| MUTUAL LIFE INS. CO., ) | |
| ) | |
| DEFENDANTS. ) | |

## STATUS REPORT

Come now Plaintiffs, by counsel, by Robert E. Stochel, and pursuant to this Court's Order of February 28, 2008, hereby reports that settlement documents have been signed by all parties and that Plaintiffs anticipate filing a motion to dismiss these proceedings within 7 days.

Respectfully submitted:

s/ROBERT E. STOCHEL
BY: Robert E. Stochel, Atty. No. 1686-45
Hoffman & Stochel
One Professional Center, Suite 306
Crown Point, In 43607
Phone: (219) 662-0165
Fax: (219) 662-2151
E-Mail: res@reslaw.org

## Certificate of Service

  I hereby certify that on April 18, 2008, a copy of the above pleading(s) was filed electronically. Notice of this filing will be sent to the parties of record by operation of the court's electronic filing system. Parties may access this filing through the court's system.

              **s/ROBERT E. STOCHEL**
BY: Robert E. Stochel, Atty. No. 1686-45
Hoffman & Stochel
One Professional Center, Suite 308
Crown Point, In 43607
Phone: (219) 662-0165
Fax: (219) 662-2151
E-Mail: res@reslaw.org