## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| LAURA BODNAR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.: 2:06-CV-87 PS |
| | ) | |
| JOHN HANCOCK FUNDS, INC., | ) | |
| BISYS GROUP, INC., INVESTORS | ) | |
| BANK AND TRUST CO., JOHN | ) | |
| HANCOCK FUNDS, INC. GROUP | ) | |
| TRUST, JOHN HANCOCK MUTUAL | ) | |
| LIFE INS. CO., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on Plaintiff's motion to dismiss.  [DE 105.]  Federal Rule of Civil Procedure 41(a)(2) governs Plaintiff's motion.  Under Rule 41(a)(2), an action may be dismissed at the plaintiff's request "upon order of the court and upon such terms and conditions as the court deems proper."  Plaintiff has moved to dismiss this matter with prejudice, advising that the parties have resolved their dispute and reached settlement.  Defendant has offered no objections. Plaintiff's motion [DE 105] is **GRANTED**.  Plaintiff's claims are **DISMISSED** with prejudice, each party to pay its own costs.

SO ORDERED.

ENTERED: April 28, 2008

 s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

2